**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| BOURNEWOOD HOSPITAL, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.  04-10149JLT |
| TOMMY G. THOMPSON, SECRETARY, U.S. DEPARTMENT OF HEALTH and HUMAN SERVICES, | ) |
| Defendant. | ) |

**JOINT LOCAL RULE 16.1 STATEMENT**

The parties in this action submit the following Joint Statement pursuant to Local Rule 16.1 and the Court's Order of May 25, 2004.

1. **Agenda for Scheduling Conference:**  The parties have agreed that the matters to be discussed at the Initial Scheduling Conference are:

    a. Schedule for filing dispositive motions;

    b. Trial by Magistrate; and,

    c. Final pretrial conference and trial dates.

2. **Proposed Discovery Plan:**

    The parties agree that no discovery needs to be done, as the case shall be decided on the administrative record and briefs submitted thereon.

3. **Consent to Trial by Magistrate:**

    The parties do not consent to a trial by a United States Magistrate Judge at this time.

4. **Proposed Schedule for Motions:**

    a.    Plaintiff's dispositive motion will be filed by September 30, 2004.

    b.    Defendant's reply to Plaintiff's dispositive motion <u>and</u> Defendant's cross-dispositive motion will be filed by November 15, 2004.

    c.    Plaintiff's reply to Defendant's cross-dispositive motion <u>and</u> Plaintiff's sur-reply will be filed by December 30, 2004.

    d.    Defendant's sur-reply will be filed by February 15, 2005.

5. **Designation of Experts:**

The parties do not anticipate the need for expert and rebuttal expert witnesses at this time.

6. **Final Pre-Trial Conference:**

The Final Pre-Trial Conference shall be scheduled after all dispositive motions are heard.

                                                      Respectfully submitted,

| Defendant,<br>TOMMY G. THOMPSON, SECRETARY,<br>U.S. DEPARTMENT OF HEALTH and<br>HUMAN SERVICES, | Plaintiff,<br>BOURNEWOOD HOSPITAL, |
|---|---|
| By his attorney, | By its attorney, |
| MICHAEL J. SULLIVAN<br>UNITED STATES ATTORNEY<br><u>/s/ Gina Y. Walcott-Torres</u><br>Gina Y. Walcott-Torres<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3369 | <u>/s/ Carolyn Jacoby Gabbay</u><br>Carolyn Jacoby Gabbay, Esq.<br>Gordon M. Jones, III, Esq.<br>Nixon Peabody, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 345-1000 |

**CERTIFICATE OF SERVICE**

2

    This is to certify that I have this 21st day of June 2004, served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

    Carolyn Jacoby Gabbay, Esq., and Gordon M. Jones, III, Esq., Nixon Peabody, LLP, 101 Federal Street, Boston, MA 02110

                                                                                Gina Y. Walcott-Torres
                                                                            Assistant United States Attorney