UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOURNEWOOD HOSPITAL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No. 04-10149-JLT |
| | * | |
| | * | |
| TOMMY G. THOMPSON, SECRETARY, | * | |
| U.S. DEPARTMENT OF HEALTH and | * | |
| HUMAN SERVICES, | * | |
| | * | |
| Defendant. | * | |

ORDER

June 23, 2004

TAURO, J.

After the Scheduling Conference on June 22, 2004, this court hereby orders that:

1. The Parties' Joint Local Rule 16.1 Statement [#5] is ADOPTED IN FULL; and

2. The Parties are to appear before this court for a Further Conference on March 7, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                                  /S/ Joseph L. Tauro
                                                  United States District Judge