UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOURNEWOOD HOSPITAL,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> TOMMY G. THOMPSON, Secretary of  ) <br> the U.S. Department of Health  ) <br> and Human Services,  ) <br> ) <br> Defendant.  ) <br> _____ ) | CIVIL ACTION <br> NO. 04-10149-JLT |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as co-counsel for the Defendant in the above-captioned matter. Assistant U.S. Attorney Gina Y. Walcott-Torres will remain as lead counsel for the Defendant.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Eugenia M. Carris
EUGENIA M. CARRIS
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3282

CERTIFICATE OF SERVICE

I certify that on this day I served the above Notice by electronic mailing or first class, postage prepaid, upon all parties of record.

/s/ Eugenia M. Carris
Assistant U.S. Attorney

Dated: November 4, 2004