IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOURNEWOOD HOSPITAL,<br><br>                                Plaintiffs,<br><br>- vs -<br><br>TOMMY G. THOMPSON, SECRETARY, UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                                Defendant. | Civil Action No. 04-10149-JLT |

## PARTIES' JOINT MOTION TO EXTEND SCHEDULE

Plaintiff Bournewood Hospital, by counsel, and defendant Tommy G. Thompson, Secretary of the Department of Health and Human Services, by counsel, (together, the "Parties") hereby jointly request that the Court issue a Revised Scheduling Order as set forth below, extending the timeline established in the Court's Scheduling Order dated June 23, 2004.

The Parties are engaged in settlement negotiations they believe are productive and may resolve the case without need of making some or all of the filings contemplated by the schedule described below.

The Parties propose that the Court issue an order revising the previously ordered briefing and conference schedule as follows:

    November 19, 2004:    Plaintiff's Motion for Summary Judgment

    January 9, 2005:    Defendant's Opposition/ Cross-Motion

    February 6, 2005:    Plaintiff's Opposition/ Reply

    March 12, 2005:    Defendant's Reply

BOS1422546.1

- 2 -

March 21, 2005:        10:00 a.m. Status Conference

For the foregoing reasons, the Parties respectfully request that the Court issue a briefing schedule in the form set forth above.

          Respectfully submitted,

          /s/ Carolyn Jacoby Gabbay
          *Attorneys for Plaintiff Bournewood Hospital*

          Carolyn Jacoby Gabbay
          Gordon M. Jones, III
          NIXON PEABODY LLP
          100 Summer Street
          Boston, MA 02110
          Tel: (617) 345-1000


          /s/ Gina Y. Walcott-Torres
          *Attorney for Defendant Tommy G.*
          *Thompson, Secretary*

          Michael J. Sullivan
          UNITED STATES ATTORNEY

By:   Gina Y. Walcott-Torres
      Assistant Attorney General
      United States Attorney's Office
      John Joseph Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3369