IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BOURNEWOOD HOSPITAL
300 South Street
Brookline, MA 02467

Plaintiff,

v.

TOMMY G. THOMPSON , in his official
capacity as Secretary, United States
Department of Health and Human Services,
200 Independence Avenue, S.W.,
Washington, D.C.  20201

Defendant.

Civil Action No.  04-10149-JLT

## <u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>

Now come the parties to the above action and stipulate, pursuant to Fed.R.Civ.P.

41(a)(1)(ii), that the action be dismissed with prejudice, each party to bear its own costs and

attorneys' fees, at the Court's earliest possible convenience.

Respectfully Submitted,

Defendant Tommy G. Thompson, Secretary
United States Department of Health and
Human Services

By his attorney,

Michael J. Sullivan
UNITED STATES ATTORNEY

By:    /s/ Gina Y. Walcott-Torres
       Assistant United States Attorney
       United States Attorney's Office
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       (617) 748-3369


       /s/ Carolyn Jacoby Gabbay
       *Attorneys for Plaintiff Bournewood Hospital*

       Carolyn Jacoby Gabbay
       Gordon M. Jones, III
       NIXON PEABODY LLP
       100 Summer Street
       Boston, MA  02110
       Tel: (617) 345-1000


Dated:  August 1, 2005

BOS1513521.1